No. 93–1693. EMPLOYERS UNDERWRITERS, INC., ET AL. *v.* WEAVER ET UX. C. A. 5th Cir. Certiorari denied.

No. 93–1699. BURACKER, SHERIFF, AS SUCCESSOR IN INTEREST TO THOMPSON, ADMINISTRATOR TO THE ESTATE OF NICKELSON, DECEASED *v.* WILT ET UX. Sup. Ct. App. W. Va. Certiorari denied.

No. 93–1701. DAVIES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–1706. CROSETTO ET AL. *v.* STATE BAR OF WISCONSIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–1712. JOHNSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–1718. UBEROI *v.* UNIVERSITY OF COLORADO ET AL. Ct. App. Colo. Certiorari denied.

No. 93–1721. COBB COUNTY, GEORGIA *v.* HARVEY ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–1725. GONZALEZ-BALDERAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–1727. FASSNACHT *v.* CITY OF PHILADELPHIA. C. A. 3d Cir. Certiorari denied.

No. 93–1730. MICCIO *v.* NEW JERSEY DEPARTMENT OF COMMUNITY AFFAIRS ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–1731. SMITH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–1733. JONES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5464. ROMAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5562. WATT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.